IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHRISTOPHER GANN, individually and on behalf of others similarly situated,

    Plaintiff,

v.

NISSAN NORTH AMERICA, INC., a California Corporation,

    Defendant.

Case No. 3:18-cv-00966

Judge Aleta A. Trauger

## DEFENDANT NISSAN NORTH AMERICA, INC.'S
## MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

In accordance with Federal Rules of Civil Procedure 8(a) and 12(b)(6), Defendant Nissan North America, Inc. ("NNA") moves this Court to dismiss, with prejudice, Counts I, II, III, IV, and V of Plaintiff's Class Action Complaint. In support, NNA relies upon the reasons, arguments, and exhibits contained in its accompanying memorandum of law.

Dated: November 30, 2018

Respectfully submitted,

By: */s/ John S. Hicks*
John S. Hicks (BPR No. 010478)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone: (615) 726-5600
Fax: (615) 744-7337
jhicks@bakerdonelson.com

E. Paul Cauley Jr. (*pro hac vice*)
S. Vance Wittie (*pro hac vice*)
DRINKER BIDDLE & REATH LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201

Telephone: (469) 357-2503
Fax: (469) 327-0860
Paul.Cauley@dbr.com
Vance.Wittie@dbr.com

*Attorneys for Defendant*
*Nissan North America, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on November 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

Anthony Parkhill
Ben Barnow
Erich P. Schork
Jeffrey D. Blake
Barnow and Associates, P.C.
One North Lasalle Street, Suite 4600
Chicago, IL 60602

Kevin H. Sharp
Sanford, Heisler, Sharp, LLP
611 Commerce Street, Suite 3100
Nashville, TN 37203

Thomas J. O'Reardon
Timothy G. Blood
Blood, Hurst & O'Reardon, LLP
701 B Street, Suite 1700
San Diego, CA 92101

              s/ *John S. Hicks*
              John S. Hicks

2

4823-8111-9105v1
2824779-000193 11/30/2018
Case 3:18-cv-00966  Document 22  Filed 11/30/18  Page 2 of 2 PageID #: 81