IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRISTOPHER GANN, LEANDRE BISHOP, AUTUMN PIERCE, and JURA GERALD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a California corporation,<br><br>Defendant. | Case No. 3:18-cv-00966<br><br>Judge Eli J. Richardson |

## DEFENDANT NISSAN NORTH AMERICA, INC.'S
## MOTION TO DISMISS PLAINTIFFS'
## FIRST AMENDED CLASS ACTION COMPLAINT

In accordance with Federal Rules of Civil Procedure 8(a) and 12(b)(6), Defendant Nissan North America, Inc. ("NNA") moves this Court to dismiss, with prejudice, Counts II and IV-VIII of Plaintiffs' First Amended Class Action Complaint in their entirety, and Counts I and III as to Plaintiffs Gann and Gerald. In support, NNA relies upon the reasons and arguments contained in its accompanying memorandum of law.

Dated: February 25, 2019                    Respectfully submitted,


                                            By: */s/ John S. Hicks*
                                                John S. Hicks (BPR No. 010478)
                                                BAKER, DONELSON, BEARMAN,
                                                CALDWELL & BERKOWITZ, P.C.
                                                211 Commerce Street, Suite 800
                                                Nashville, Tennessee 37201
                                                Telephone: (615) 726-5600
                                                Fax: (615) 744-7337
                                                jhicks@bakerdonelson.com

                                                E. Paul Cauley Jr. (*pro hac vice*)
                                                S. Vance Wittie (*pro hac vice*)
                                                DRINKER BIDDLE & REATH LLP
                                                1717 Main Street, Suite 5400
                                                Dallas, Texas 75201
                                                Telephone: (469) 357-2503
                                                Fax: (469) 327-0860
                                                Paul.Cauley@dbr.com
                                                Vance.Wittie@dbr.com

                                                *Attorneys for Defendant*
                                                *Nissan North America, Inc.*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 25, 2019, a copy of the foregoing was filed electronically with the Clerk of the court for the United States District Court for the Middle District of Tennessee using the CM/ECF filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      Ben Barnow (admitted *pro hac vice)*
      Erich P. Schork (admitted *pro hac vice*)
      Jeffrey D. Blake (admitted *pro hac vice*)
      Anthony Parkhill (admitted *pro hac vice*)
      Barnow and Associates, P.C.
      One North Lasalle Street, Suite 4600
      Chicago, IL 60602

      Kevin H. Sharp
      Sanford, Heisler, Sharp, LLP
      611 Commerce Street, Suite 3100
      Nashville, TN 37203

      Thomas J. O'Reardon (admitted *pro hac vice*)
      Timothy G. Blood (admitted *pro hac vice*)
      Blood, Hurst & O'Reardon, LLP
      701 B Street, Suite 1700
      San Diego, CA 92101

      s/John S. Hicks
      John S. Hicks