IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER GANN, *et al.,* *individually and on behalf of a class of* *similarly situated individuals*, | ) ) ) | |
| | ) | NO. 3:18-cv-0966 |
| Plaintiffs, | ) | JUDGE RICHARDSON |
| | ) | |
| v. | ) | |
| | ) | |
| NISSAN NORTH AMERICA, | ) | |
| | ) | |
| Defendant. | | |

## ORDER

With all issues and claims having been resolved in this case and with no new filings being made since the Court's memorandum opinion and order (Doc. No. 160) on February 15, 2022, the Clerk is DIRECTED to close the file.

IT IS SO ORDERED.

*Eli Richardson*

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE